S.D.N.Y.- N.Y.C.
12-cv-4122
Swain, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand thirteen.

Present:
  Dennis Jacobs,
    *Chief Judge,*
  Rosemary S. Pooler,
  Robert A. Katzmann,
    *Circuit Judges.*

STEPHEN A. MILLER,

    *Plaintiff-Appellant*,

v.                                                                    13-1780

PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, PIMCO FUNDS, CME GROUP INC., KATHLEEN CRONIN, CME, MOHAMED A. EL-ERIAN, PIMCO, KATHLEEN CRONIN, CME, JOSEPH P. ADAMCZYK, CME, STEPHEN A. RODOSKY, PIMCO,

    *Defendants-Appellees.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (holding that an action should be dismissed where it lacks an arguable basis in law or fact).

                          FOR THE COURT:
                          Catherine O'Hagan Wolfe, Clerk



SAO-MEM